# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-10102
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
February 22, 2018
Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

　　　　　　　　　　Plaintiff-Appellee,

v.

LAKEITH DONTRELL OFFORD,

　　　　　　　　　　Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:15-CR-470-1

Before JOLLY, OWEN, and HAYNES, Circuit Judges.

PER CURIAM:*

　　The Federal Public Defender appointed to represent Lakeith Dontrell Offord has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Offord has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We concur with counsel's assessment that the appeal presents no nonfrivolous

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 17-10102

issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.